## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DENIS GEORGE MAHAN P/K/A
DENEY TERRIO, an individual,

      Plaintiff,

v.                                        CASE NO. 6:15-cv-188-ORL-RBD-GJK

HASBRO, INC., a Rhode Island corporation
and HASBRO STUDIOS, LLC, a Delaware
limited liability company,

      Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Defendants Hasbro, Inc. ("Hasbro") and Hasbro Studios, LLC ("Hasbro Studios") (collectively, "Defendants"), through their undersigned attorneys, hereby disclose the following pursuant to this Court's Interested Persons Order and Corporate Disclosure (Dkt. 4):

1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

      a.      Hasbro, Inc. (Defendant)

      b.      Hasbro Studios, LLC (Defendant)

      c.      Frank R. Jakes (attorney for Defendants)

      d.      Joseph J. Weissman (attorney for Defendants)

      e.      Johnson, Pope, Bokor, Ruppel & Burns, LLP (law firm for Defendants)

-1-

      f.       James E. Curry (attorneys for Defendants)

      g.       Benjamin Aigboboh (attorneys for Defendants)

      h.       Shepard, Mullin, Richter & Hampton, LLP (law firm for Defendants)

      i.       Denis George Mahan P/K/A Deney Terrio (Plaintiff)

      j.       Amber N. Davis (attorney for Plaintiff)

      k.       Beusse, Wolter, Sanks & Maire (law firm for Plaintiff)

2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:  None.

3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):  None.

4.     The name of each victim (individual or corporate), including every person who may be entitled to restitution:  In his complaint filed in this action (Dkt. 1), Denis George Mahan alleges that he is a victim.

5.     Hasbro, through its undersigned attorneys, certifies that it is unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

/s/ Joseph J. Weissman
Frank R. Jakes, FBN 372226
Email:  frankj@jpfirm.com
Joseph J. Weissman, FBN 0041424
Email:  josephw@jpfirm.com
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
403 E. Madison Street, 4th Floor
Tampa, FL  33602
Tel: (813) 225-2500
Fax: (813) 223-7118

-2-

and

James E. Curry (admitted *pro hac vice*)
Email:  jcurry@sheppardmullin.com
Benjamin O. Aigboboh (admitted *pro hac vice*)
Email:  baigboboh@sheppardmullin.com
SHEPARD MULLIN RICHTER & HAMPTON, LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA  90067
Tel: (310) 228-3700
Fax: (310) 228-3701


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing with the Clerk of the Court by using the CM/ECF system which will serve an electronic copy to Amber N. Davis, Esq., Beusse Wolter Sanks & Maire, P.A., 390 North Orange Avenue, Suite 2500, Orlando, Florida 32801, on this 27th day of April, 2015.

/s/ *Joseph J. Weissman*
Frank R. Jakes, FBN 372226
Email:  frankj@jpfirm.com
Joseph J. Weissman, FBN 0041424
Email:  josephw@jpfirm.com
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
403 E. Madison Street, 4th Floor
Tampa, FL  33602
Tel: (813) 225-2500
Fax: (813) 223-7118

#2387314