**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DENIS GEORGE MAHAN P/K/A**
**DENEY TERRIO, an Individual,**                         Case No.  6:15-cv-188-Orl-37GJK

     **Plaintiff,**

v.

**HASBRO, INC. a Rhode Island Corporation**
**and HASBRO STUDIOS, LLC a Delaware**
**Limited Liability Company.**

     **Defendants.**

_____/

## JOINT NOTICE OF SETTLEMENT

COME NOW, the parties, Plaintiff, Denis George Mahan p/k/a Deney Terrio, and Defendants, Hasbro, Inc. and Hasbro Studios, LLC, by and through their undersigned counsel and pursuant to Local Rule 3.08, hereby file this Joint Notice of Settlement and state as follows:

The parties have reached a settlement in the above-styled matter.  The parties are currently drafting and executing the Settlement Agreement.  Therefore, the parties request that the Court dismiss this case with prejudice pursuant to Local Rule 3.08(b), subject to the right of any party to move this Court within sixty (60) days for good cause shown, to reopen the case for further proceedings and/or for purposes of entering a stipulated form of final order or judgment.

DATED this 3rd day of February, 2016.

Respectfully submitted,

| | |
|---|---|
| SHEPPARD MULLIN RICHTER<br>    & HAMPTION, LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067-6017<br>Telephone: (310) 228-3700<br>Email:  jcurry@sheppardmullin.com | BEUSSE WOLTER SANKS<br>    & MAIRE, PLLC<br>390 North Orange Avenue, Suite 2500<br>Orlando, Florida 32801<br>Telephone:   (407)  926-7700<br>Email: adavis@bwsmiplaw.com |

| | |
|---|---|
| Email: baigboboh@sheppardmullin.com | Email: kwimberly@bwsmiplaw.com |
| Attorneys for Defendants | Attorneys for Plaintiff |
| By:  */s/ James Curry* | By:  */s/ Amber N. Davis* |
| James E. Curry (*admitted pro hac vice*) | Amber N. Davis |
| California Bar No.: 115769 | Florida Bar No.: 0026628 |
| Benjamin O. Aigboboh (*admitted pro hac vice*) | Kevin W. Wimberly |
| California Bar No.: 268531 | Florida Bar No.: 0057977 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed utilizing CM ECF this 3rd day of February, 2016.

*/s/ Amber N. Davis*
Attorney